[Civ. No.. 1578. Third Appellate District.—December 15, 1916.]

SUPERIOR CALIFORNIA FRUIT LAND COMPANY et al., Respondents, v. E. F. MAY, Appellant.

QUIETING TITLE — SPECIFIC PERFORMANCE.—Judgment affirmed on the authority of *Superior California Fruit Land Company* v. *Grossman, ante*, p. 357.

APPEAL from a judgment of the Superior Court of Colusa County. H. M. Albery, Judge.

The facts are similar to those stated in the opinion in *Superior California Fruit Land Company* v. *Grossman, ante,* p. 357.

R. H. Countryman, for Appellant.

De Ligne & Jones, and H. T. Hiatt, for Respondents.

PLUMMER, J., *pro tem.*—This action, No. 1578, is a companion cause of action to No. 1577, *Superior California Fruit Land Company* v. *Grossman, ante,* p. 357, this day decided,

and for the reasons therein given the judgment in this action is hereby affirmed.

Chipman, P. J., and Burnett, J., concurred.

A petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on February 12, 1917.